UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE DE HARO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEVIN, et al.,<br><br>　　　　Defendants. | 1:05-CV-00261-OWW-LJO-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br>(DOCUMENT #10) |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 13, 2006, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of May 22, 2006..

IT IS SO ORDERED.

**Dated:   July 17, 2006**　　　　　　　　　/s/ Lawrence J. O'Neill
b6edp0　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE