# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE DE HARO, | CV F 05 261 OWW LJO P |
| Plaintiff, | ORDER DISREGARDING MOTION TO AMEND COMPLAINT (Doc. 12.) |
| v. | ORDER GRANTING PLAINTIFF TIME TO FILE AMENDED COMPLAINT |
| LEVIN, et. al., | |
| Defendants. / | |

    Jose Guadalupe De Haro ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On May 22, 2006, this Court dismissed the Complaint with leave to amend. Plaintiff sought an extension of time on June 13, 2006, to file his Amended Complaint. However, instead, he filed a pleading entitled "Motion to Leave to Amend and To Exhaust Administrative State Remedies. . ." In this pleading, Plaintiff states that he wishes permission to amend his Complaint to include new Defendants and thereby exhaust his administrative state remedies. Based on Plaintiff's request, it is clear to the Court that he does not understand the Court's Order dismissing with leave to amend.

    In that Order, the Court informed Plaintiff what defects were in his original complaint. Plaintiff should refer to that Order to determine what he needs to correct in the Amended Complaint. The Order dismissing with leave to amend did not contemplate that Plaintiff add new defendants for Plaintiff did not even state cognizable claims for relief against those defendants

1  already named.

2  Further, Plaintiff is mistaken that by amending his complaint, he exhausts state and
3  administrative remedies.  While Plaintiff's claims must be exhausted prior to initiating suit, he
4  must do so through the administrative process within the prison, and not this Court.  The Court
5  will grant Plaintiff additional time to submit an Amended Complaint that cures the defects
6  outlined by the Court in the Order dismissing with leave to amend.   Should Plaintiff fail to
7  amend his complaint or move to withdraw his complaint from consideration by this Court, the
8  Court will recommend that the action be dismissed.

9  Accordingly, the Court HEREBY ORDERS:

10  1. The Motion to Amend is DISREGARDED as Plaintiff has already been given
11  leave to amend his Complaint; and
12  2. Plaintiff's Amended Complaint is due within thirty (30) days of the date of service
13  of this Order.

14  Petitioner is forewarned that his failure to comply with this order will result in a
15  Recommendation that the action be dismissed, without prejudice, for failure to state a claim on
16  which relief can be granted.

17

18  IT IS SO ORDERED.

19  **Dated:    September 7, 2006**          **/s/ Lawrence J. O'Neill**
   b9ed48                                    UNITED STATES MAGISTRATE JUDGE