# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE DE HARO,<br><br>             Plaintiff,<br><br>    v.<br><br>LEVIN, et. al.,<br><br>             Defendants.<br>_____/ | CV F 05 261 OWW LJO P<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL (Doc. 14.)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

   Jose Guadalupe De Haro ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

   On May 22, 2006, this Court dismissed the Complaint with leave to amend.  Plaintiff sought an extension of time on June 13, 2006, to file his Amended Complaint.  On July 24, 2006, Plaintiff filed a Motion to Amend which was disregarded by the Court having already given Plaintiff permission to amend.  On September 29, 2006, Plaintiff moved to withdraw his Complaint and requests dismissal without prejudice.

   "[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999)

1

(*quoting* Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078.  No defendant has filed an answer or other responsive pleading.

     Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a). IT IS SO ORDERED.

**Dated:   October 5, 2006**                                    /s/ Oliver W. Wanger
emm0d6                                                    UNITED STATES DISTRICT JUDGE